Wayne Charles OKEN, Plaintiff–
Appellant,

v.

The MONSANTO COMPANY, The So-
laris Group, Scotts Company, succes-
sor in interest to Monsanto Company
and the Solaris Group, Dow Agrosci-
ences, LLC, Dow Agrosciences, as suc-
cessor in interest to DowElanco, Dow-
Elanco, as successor in interest to
Dow Chemical Company, et al., Defen-
dants–Appellees.

No. 02–15943.

United States Court of Appeals,
Eleventh Circuit.

Aug. 12, 2005.

Stuart Calwell, Attorney at Law,
Charleston, WV, for Plaintiff–Appellant.

Wendy F. Lumish, Carlton Fields PA,
Samuel A. Danon, Hunton & Williams,
Miami, FL, Dean T. Barnhard, Barnes &
Thornburg, Indianapolis, IN, Lawrence
Evan Margolis, Daniels, Kashtan, Downs,
Robertson & Magathan, Coral Gables, FL,
Daniel Jay Gerber, Rumberger, Kirk &
Caldwell, Orlando, FL, Shelly H. Leinicke,
Wicker, Smith, Tutan, O'Hara, McCoy,
Graham & Ford PA, Fort Lauderdale, FL,
for Defendants–Appellees.

Before TJOFLAT and CARNES,
Circuit Judges, and CONWAY *, District
Judge.

* Honorable Anne C. Conway, United States
District Judge for the Middle District of Flori-

PER CURIAM:

The Supreme Court of the United States
vacated the judgment of this court, 317
F.3d 1312, and remanded "for further con-
sideration in light of *Bates v. Dow Agrosci-
ences LLC,* —— U.S. ——, 125 S.Ct. 1788,
161 L.Ed.2d 687." —— U.S. ——, 125
S.Ct. 1968, 161 L.Ed.2d 845 (2005). Pur-
suant to this order, we *remand* this case to
the district court for further consideration
in light of *Bates.*